UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 03-20835-CIV-HUCK/WHITE

ROCKLYN D. HODGE,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Petitioner's Motion for Relief from Final Judgment (D.E. #25), filed August 19, 2009. On September 14, 2009, the Honorable Patrick A. White, United States Magistrate Judge, issued a Report and Recommendation (D.E. #32), recommending that the Motion be denied. On October 2, 2009, the Petitioner filed Written Objections to the Report (D.E. #34). In its *de novo* review, the Court has considered the Report and Recommendation, the Petitioner's Objections, and the pertinent portions of the record. Being otherwise duly advised, the Court overrules the Petitioner's Objections and adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is hereby

ORDERED that Petitioner's Motion is DENIED.

DONE AND ORDERED in Chambers, Miami, Florida, October 7, 2009.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Rocklyn D. Hodge, *pro se*
Reg. No. 61978-004
FCC Coleman
Address of Record

All Counsel of Record